# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2522
LT Case No. 2019-CA-1741

_____

RICKY ALAN HESTEKIN AND RING
POWER CORPORATION,

    Appellants,

    v.

KEITH MICHAEL HUGHES,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Steven G. Rogers, Judge.

Michael J. Korn, of Korn & Zehmer, P.A., Jacksonville, and Niels
P. Murphy, Christen E. Luikart, Catherine M. Licandro, and
Jordan M. Janoski, of Murphy & Anderson, P.A., Jacksonville, for
Appellants.

Landis V. Curry, III, Andrew F. Knopf, and Christopher J.
Bilecki, of Paul Knopf Bigger, PLLC, Tampa, for Appellee.

October 31, 2023

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and MACIVER, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————